# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| L.G. HERNDON JR. FARMS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV616-043 |
| SAN MIGUEL PRODUCE, INC. et al., | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Annalise Peters of the law firm of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants San Miguel Produce, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Annalise Peters as counsel of record for defendants San Miguel Produce, Inc., in this case.

**SO ORDERED** this __27th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA