IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| L.G. Herndon Jr. Farms, Inc., | )<br>)<br>) CASE NO. 6:16-cv-00043 |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| San Miguel Produce, Inc.,<br>Roy I. Nishimori, and Janis Berk, | )<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING PARTIES' CONSENT MOTION TO STAY DISCOVERY

Presently pending before the Court is the parties' Consent Motion for Stay of Discovery (Dkt. No. 18). Having considered the motion, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadlines for conducting a Rule 26(f) conference, serving initial disclosures, and filing a joint discovery plan are **STAYED** until twenty-one (21) days after the Court resolves the pending Motion to Remand filed by Plaintiff L.G. Herndon Jr. Farms, Inc. on April 14, 2016.

**SO ORDERED**, this  31st  day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA